**Barry F. ROBINSON, Plaintiff— Appellant,**

v.

**George E. CURRIE; Michael A. Munns, Defendants— Appellees.**

No. 04–7267.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 18, 2004.

Decided Dec. 23, 2004.

Barry F. Robinson, Appellant pro se.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Barry F. Robinson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm because Robinson failed to state a claim upon which relief may be granted. *See Robinson v. Currie,* No. CA–04–373–CT (E.D.N.C. July 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*